No. 829. BRADY ET AL. v. BEAMS ET AL.;
No. 846. TIGER ET AL. v. BEAMS ET AL.;
No. 847. BARNETT ET AL. v. CONNOR ET AL.;
No. 850. SCOTT v. BEAMS ET AL.; and
No. 906. ALLEN ET AL. v. BEAMS ET AL. March 2, 1942. On petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit. In No. 846 the motion to consider the petition for certiorari on a typewritten record is granted. The petitions for writs of certiorari are denied. The motions in Nos. 829, 847, 850, and 906, for leave to proceed further *in forma pauperis,* are also denied. *Mr. Chas. E. McPherren* for petitioners in No. 829. *Messrs. Norman L. Meyers, James D. Simms,* and *Paul Pinson* for petitioners in No. 846. *Mr. Eck E. Brook* entered an appearance for petitioners in No. 847. *Miss Norma L. Comstock* entered an appearance for petitioner in No. 850. *Messrs. J. A. Fowler* and *Wm. C. Wilson* for petitioners in No. 906. *Messrs. W. T. Anglin, Leon C. Phillips, Charles A. Moon, Francis Stewart, Joseph C. Stone, D. A. Richardson, L. O. Lytle, Harry B. Parris,* and

*Wilbur J. Holleman* for respondents in Nos. 829, 846, and 906. *Mr. Joseph C. Stone* entered an appearance for respondents in Nos. 847 and 850. *Solicitor General Fahy* filed a memorandum on behalf of the United States.